UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-10020-RGS

DANIEL E. CARR

v.

NEW BEDFORD DISTRICT COURT; TAUNTON DISTRICT COURT; and
BRISTOL COUNTY JUVENILE COURTS CLERKS,

ORDER

February 7, 2024

STEARNS, D.J.

On January 4, 2024, Plaintiff was granted leave to proceed *in forma pauperis* and was ordered to file an amended complaint that sets forth a basis for this court's jurisdiction as well as a plausible claim upon which relief may be granted. Dkt. No. 7. The Order stated that failure to comply by February 2, 2024, will result in dismissal of this action. To date, Plaintiff has not responded to the court's Order and has not filed an amended complaint. It is a long-established principle that this court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and his failure to follow the court's orders.

Accordingly, for the failure to comply with the January 4, 2024 Order, Dkt. No. 7, this action is hereby dismissed.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE